NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHINA CUSTOM MANUFACTURING INC., GREENTEC ENGINEERING LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendants-Appellees*

---

2022-1345

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00121-SAV, Judge Stephen A. Vaden.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

    China Custom Manufacturing Inc. and Greentech Engineering LLC filed a combined petition for panel rehearing. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The petition for panel rehearing is denied.

    The petition for rehearing en banc is denied.

    The mandate of the court will issue May 10, 2023

FOR THE COURT

May 3, 2023  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court